IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

       Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

       Defendants.

_____

### ORDER SETTING FED. R. CIV. P. 16(B) CONFERENCE
_____

**THIS MATTER** comes before the Court upon a Complaint filed by the Plaintiffs declaratory and injunctive relief under the National Environmental Policy Act, 42 U.S.C. § 4331 *et seq.*; the Endangered Species Act, 16 U.S.C. § 1531 *et seq.*, and the Federal Land Police and Management Act, 43 U.S.C. § 1701 *et seq.*   In light thereof, a scheduling conference pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

    (1)    A scheduling conference is set for **Tuesday, May 23, 2006**, at **4:00 p.m.** in Courtroom 12 of the United States Courthouse located at 901 19th Street, Denver, Colorado.  The parties shall **not** prepare or submit a proposed scheduling

order. However, in conformance with D.C.COLO.LCivR 16.1, counsel who will try the case shall attend the conference.

(2) At the scheduling conference, the parties shall be prepared to address the following:

- (a) Standard of Review and Burden of Proof:
  - The applicable standard of review and burden of proof with regard to each claim asserted by the Plaintiffs

- (b) Administrative Record:
  - What documents comprise the administrative record?
  - How much time do the parties need to compile and submit the administrative record?

- (c) Discovery:
  - Is there a need for discovery?

- (d) Any other issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 3d day of April, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge