IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

       Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

       Defendants.

_____

**ORDER**
_____

       Having considered Federal Defendants' Unopposed Motion for Leave to Appear by Telephone **(#15)**,

IT IS HEREBY ORDERED that Federal Defendants' motion is GRANTED.

       IT IS FURTHER ORDERED that co-counsel for Federal Defendants, Robert P. Williams, is granted permission to appear by telephone at the May 23, 2006 Scheduling Conference in this matter.

Dated this 11th day of May 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge