**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Barbara Wagner      Date: September 13, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 06-cv-00296-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| THE WILDERNESS SOCIETY, CENTER FOR NATIVE ECOSYSTEMS, COLORADO ENVIRONMENTAL COALITION, COLORADO MOUNTAIN CLUB, and SIERRA CLUB, <br><br>    Plaintiffs,<br>v. | Keith Bauerle<br>Neil Levine |
| SALLY WISELY, State Director of the Bureau of Land Management,<br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br>MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,<br>UNITED STATES FISH AND WILDLIFE SERVICE,<br>    Defendants,<br>v. | Robert Williams *(by phone)*<br>Stephen Taylor |
| WILLIAMS PRODUCTION RMT COMPANY,<br><br>    (Intervenor Defendant) | John Shepherd |

**MINUTES CONTINUED RULE 16 SCHEDULING CONFERENCE**

**4:04 p.m.**    **Court in session.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Discussion regarding transferring this case to the AP docket.

**ORDER:** Motion to Transfer Case to AP Docket **(Doc #26) is denied.**

**ORDER:** Motion to Reassign Case to AP Docket **(Doc #34) is denied.**

Discussion regarding documents to be put in the administrative record**.**

**ORDER:** The Court sets a deadline of **September 27, 2006** for counsel to make a determination as to whether the documents were considered or were not considered by the agency; and if they were not considered, the agency will file an affidavit so stating and the plaintiffs will be free to file a motion for consideration of those documents outside the record.

Discussion regarding the claims in the case and discovery issues.

Discovery will close on February 23, 2007.

Discussion regarding structuring oral argument.

**ORDER:** Oral argument is **June 1, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. The plaintiffs prefer to have 30 minutes with interruptions, and the defendants prefer to have 10 minutes to present whatever they want to present and then move to questions.

Discussion regarding the length of briefs.

**ORDER:** Opening briefs will be no longer than 14,000 words, and responsive briefs will be no longer than 7,000 words.

Discussion regarding settlement conference.

**ORDER:** The Court refers this matter to Magistrate Judge Hegarty for a settlement conference. The parties will need to request a settlement conference if they wish to have one.

**ORDER:** Motions at **(Doc #28, #29, #33, #35, and #38) are denied** based upon the parties' agreement to get together and discuss the administrative record, and their agreement on a procedure to address any disagreement they may have.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Discussion regarding motion to intervene.

**5:00 p.m.     Court in recess.**

**Total Time:    56 minutes**
**Hearing concluded.**