IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO
Honorable Marcia S. Krieger

Case No.  06-CV-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

        Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs The Wilderness Society *et al*. (collectively "TWS") submit this Motion to file attached Exhibits 1 through 3 under seal.  These maps identify the locations of three imperiled plant species in the vicinity of South Shale Ridge.  As explained more fully below, filing this data under seal is necessary to prevent possible harm to these rare plants.

South Shale Ridge, the subject of this litigation, contains populations of and habitat for *Sclerocactus glaucus* (Uinta Basin hookless cactus), a threatened species under the Endangered Species Act ("ESA").  In addition, significant portions of the entire range for both *Phacelia submutica* (DeBeque phacelia), a wildflower that is a candidate for listing under the ESA, and

*Astragalus debequaeus* (DeBeque milkvetch), another wildflower that has been petitioned for listing, are included in the South Shale Ridge area. Exhibits one through three depict the locations of known populations of these three rare plants. These maps will allow the Court and the parties to identify locations within South Shale Ridge, the lease parcels at issue, and the surrounding areas where known populations of these plants are found.

Were these maps a matter of public record, they would allow others to locate populations of the plants. This could have grave consequences because illegal collection poses one of the greatest threats to the survival of *Sclerocactus glaucus*. The final rule listing *Sclerocactus glaucus* as threatened species under the ESA states: "*Sclerocactus glaucus* is prized for its beautiful purplish-red flowers and is sought by professional and amateur cactus growers. This cactus, being very rare and highly endemic, has been, and will continue to be, a particular prize among collectors and therefore is very threatened by unregulated commercial trade from specimens of wild origin." U.S. Fish and Wildlife Service, Determination that *Sclerocactus glaucus* is a threatened species, 44 Fed. Reg. 58868-58870 (1979). Given these threats, keeping data identifying known *Sclerocactus glaucus* populations under seal is necessary to achieve the purposes of the Endangered Species Act. The Act's purposes include "provid[ing] a program for the conservation of [] endangered species and threatened species…." 16 U.S.C. § 1531(b). Section 9 of the Act implements this purpose by making it unlawful to remove and reduce to possession, maliciously damage, or destroy any listed endangered plant species from areas under Federal jurisdiction. 16 U.S.C. § 1538(a)(2). While TWS is unaware of collection threats to *Phacelia submutica* and *Astragalus debequaeus*, the Colorado Natural Heritage Program, the

organization that provided the data for the maps, has requested that maps depicting the locations of the two plants likewise be filed under seal.

Plaintiffs therefore request that the three maps identifying the locations of the rare plant populations be kept under seal so as not to be accessible by the public. Counsel for the government, contacted by counsel for TWS pursuant to D.C.COLO.LCivR 7.1A, does not oppose this motion.

Respectfully Submitted,

Dated:  September 27, 2006  \_\_\_/s/ *Keith Bauerle*_____
Keith Bauerle
Neil Levine
Earthjustice
1400 Glenarm Pl., Suite 300
Denver, CO 80202
Phone:  (303) 623-9466

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006 I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL with a proposed order and sealed documents attached with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

stephen.taylor@usdoj.gov
kevin.traskos@usdoj.gov
robert.p.williams@usdoj.gov
jshepherd@hollandhart.com
jscoggin@hollandhart.com

and I hereby certify that I have mailed or served the forgoing pleading to the following participants via first class mail:

Stephen Taylor
Kevin Traskos
U.S. Department of Justice
1225 17th Street, Suite 700
Denver, CO  80202

Robert Williams
U.S. Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369

/s/ Keith G. Bauerle_____
Keith G. Bauerle
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone:  (303) 623-9466
Facsimile:    (303) 623-8083
Email:  kbauerle@earthjustice.org