IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

        Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

        Defendants.

## ORDER RESETTING ORAL ARGUMENT

THIS MATTER comes before the Court *sua sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that Oral Argument currently set for **June 1, 2007 is VACATED** and reset to **June 12, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado

Dated this 9th day of April, 2007

                            **BY THE COURT:**

                            Marcia S. Krieger
                            United States District Judge