IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

      Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

      Defendants.

---

## ORDER RESETTING ORAL ARGUMENT

---

      THIS MATTER comes before the Court on the Federal Defendants' Unopposed Motion to Vacate Oral Argument Hearing Date **(#81)**.  The Court being fully advised in the foregoing,

      **ORDERS** that the Motion **(#81) is GRANTED**.  The Oral Argument currently set for **June 12, 2007** is **VACATED** and **RESET** to **June 28, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Dated this 17th day of May, 2007

                    **BY THE COURT:**

                    *Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge