IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

      Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

      Defendants.

---

# ORDER

---

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Stay Briefing of Plaintiffs' Motion for Attorney Fees and Costs (Motion) **(#105)** filed October 26, 2007. Having reviewed the Motion, the Court

**FINDS** no good cause has been shown for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**.

DATED this 29th day of October, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge