IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

       Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

       Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS AND TO SET A BRIEFING SCHEDULE**
_____

**IT IS ORDERED** that Plaintiffs' Unopposed Motion For Leave to File a Memorandum in Support of Plaintiffs' Motion for Attorney Fees and Costs and to Set a Briefing Schedule **(#108)** is **GRANTED**. Plaintiffs will file their Memorandum by November 16, 2007. Defendants' Response will be due by December 6, 2007. Plaintiffs' Response will be due by December 21, 2007.

**IT IS FURTHER ORDERED** that no extensions of the self-imposed deadlines will be granted.

DATED this 1st day of November, 2007.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge