IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00296-MSK-MEH

THE WILDERNESS SOCIETY,
CENTER FOR NATIVE ECOSYSTEMS,
COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB, and
SIERRA CLUB,

        Plaintiffs,

v.

SALLY WISELY, State Director of the Bureau of Land Management,
UNITED STATES BUREAU OF LAND MANAGEMENT,
MITCH KING, Acting Regional Director of the U.S. Fish and Wildlife Service,
UNITED STATES FISH AND WILDLIFE SERVICE,

        Defendants.
_____

**ORDER DEEMING MOTION MOOT**
_____

        THIS MATTER comes before the Court on the Notice of Resolution of Plaintiffs' Motion for Attorney Fees and Costs [Doc. #115] filed on December 5, 2007. The Notice advises the Court that the parties have amicably resolved Plaintiffs' Motion for Attorney Fees and Costs (Motion) **(#104)**.

        **IT IS THEREFORE ORDERED** that the Motion is **DEEMED MOOT**.

        DATED this 7th day of December, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge